No. 408. GENERAL DRIVERS, WAREHOUSEMEN & HELPERS, LOCAL UNION No. 89, *v.* MOORE ET AL. Court of Appeals of Kentucky. Certiorari granted. *David Previant, Herbert S. Thatcher* and *Ralph H. Logan* for petitioner. *John Y. Brown* for Moore et al., and *Newell N. Fowler* for Dealers Transport Co., respondents.

No. 618. SECURITIES AND EXCHANGE COMMISSION *v.* CAPITAL GAINS RESEARCH BUREAU, INC., ET AL. C. A. 2d Cir. Certiorari granted. *Solicitor General Cox, Stephen J. Pollak, Peter A. Dammann, David Ferber* and *Walter P. North* for petitioner. *Leo C. Fennelly* for respondents.

No. 778, Misc. JACKSON *v.* DENNO, WARDEN. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. Case transferred to the appellate docket. *Norman Redlich* for petitioner.

No. 502. RAINS *v.* NEBRASKA. Supreme Court of Nebraska. Certiorari denied. *Claude T. Wood* for petitioner. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Cecil S. Brubaker,* Assistant Attorney General, for respondent.

No. 616. MILLER *v.* UDALL, SECRETARY OF THE INTERIOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Chester C. Shore* for petitioner. *Solicitor General Cox, S. Billingsley Hill* and *Hugh Nugent* for respondent.